Case No. 13-57498-TJT

In Re: **Ernest E. Pettigrew**

Chapter 13

and: **Wanetta Pettigrew**

Debtor(s).   Honorable **Thomas J. Tucker**

# DEBTOR(S)' SECOND PROPOSED PLAN MODIFICATION

The above captioned Debtor(s) hereby propose(s) and request(s) that this Honorable Court modify Debtor(s)' Chapter 13 Plan as previously confirmed herein on the following basis:

1. This case was filed on September 19, 2013 and Debtor(s)' Chapter 13 Plan was confirmed herein on or about March 19, 2014. Debtor(s) have previously moved to modify such confirmed Chapter 13 Plan.

2. Attached hereto are a Liquidation Analysis and Worksheet as required by L.B.R. 3015-1(b) E.D.M. (or a customary substitute in the form of a Chapter 13 Trustee computer system "Plan Calc II" analysis.)

3. According the requirements of the Chapter 13 Plan herein, in addition to the regular periodic payments herein, Debtor(s) are required to pay Debtor(s)' tax refunds to the Chapter 13 Trustee.

4. Said requirement is based upon Debtor(s)' schedule of income and expenses herein, and is more particularly based upon the presumption and conclusion from such schedules that all of Debtor(s)' anticipated monthly living expenses are fully and completely scheduled.

5. Debtors have received approximately $7,792.00 in tax refunds for the 2014 tax year, $6,916.00 in tax refunds for the 2015 tax year, $6,625.00 in tax refunds for the 2016 tax year, $6,933.00 in tax refunds for the 2017 tax year, and $211.00 in tax refunds for the 2018 tax year, for a total of $28,477.00 in tax refunds.

6. Since the filing of this Chapter 13 case and the filing of Debtor(s)' schedules of income and expenses and since the Confirmation of Debtor(s)' Chapter 13 Plan (as most recently amended if at all), Debtor(s)' financial circumstances have changed and Debtor(s) have incurred unanticipated and non-recurring necessary living expenses which have not been provided for in Debtor(s) schedule of living expenses herein.

7. Said unanticipated and non-recurring necessary living expenses have caused Debtor(s) fairly to need to use certain of Debtor(s) tax refunds to pay such unanticipated necessary living expenses.

8. More specifically, Debtors' specific unanticipated and non-recurring living expenses are detailed and set forth as follows: (a) uninsured medical expenses $3,032.92 (in addition to regular prescription costs); automobile repairs $6,808.28; (c) replacement of appliances $2,610.46; (d) large home repairs including replacing water heater, faucet and garbage disposal and dry walling ceiling due to water damage caused by a plumbing issue in upstairs bathroom $3,750.00; (e) purchasing a snow blower necessary to maintain the property effectively during a very snowy winter $1,200.00; (f) replacement vehicles as Debtors kept older vehicles during the term of the plan $10,095.00; (g) 2018 state tax liability $1,009.00; (h) increased auto insurance costs after an accident $1,467.00 per year for 3 years for a total of $4,401.00; (i) unscheduled homeowners association dues that Debtors only receive twice a year and forgot to disclose of approximately $1,200.00 per year for 5 years for a total of $6,000.00; (j) tax preparation fees of $1,375.00  The foregoing detailed expenses TOTAL: $40,281.43. (See attached Affidavit of Joint Debtor).

9. As a result, Debtor(s) are in need of all of the above specified tax refund(s) in the TOTAL amount(s) as specified in paragraph no. 8. above, as Debtor(s) have no additional or alternative source of income to pay such unanticipated necessary living expenses, except from such specified tax refund(s).

10. The only class of creditors impacted by this proposed Plan modification is: Class Nine - General Unsecured Claims. Such class will be impacted as to the amount such class receives shall remain at the base amount of $1,139.36.

WHEREFORE, Debtor(s) hereby proposes that this Honorable Court modify the Chapter 13 Plan as previously confirmed herein, but in all other respects to allow and require Debtor(s)' confirmed Chapter 13 Plan to remain unchanged:

(a.) **Excuse** Debtor(s) from paying to the Chapter 13 Trustee their 2014 tax refunds in the total amount of $7,792.00.

(b.) **Excuse** Debtor(s) from paying to the Chapter 13 Trustee their 2015 tax refunds in the total amount of $6,916.00.

(c.) **Excuse** Debtor(s) from paying to the Chapter 13 Trustee their 2016 tax refunds in the total amount of $6,625.00.

(d.) **Excuse** Debtor(s) from paying to the Chapter 13 Trustee their 2017 tax refunds in the total amount of $6,933.00.

(e.) **Excuse** Debtor(s) from paying to the Chapter 13 Trustee their 2018 tax refunds in the total amount of $211.00.


Dated: July 23, 2019                                             /s/ *Roberta W. Andrews*

**Samuel G. Firebaugh (P-34276)**
**Roberta W. Andrews (P-54001)**
**Firebaugh & Andrews, P.L.L.C.**
**Attorney for Debtor(s)**
**38545 Ford Road, Suite 104**
**Westland, MI 48185**
**(734) 722-2999**
**FirebaughAndrews@comcast.net**

**United States Bankruptcy Court**
**Eastern District of Michigan**
**Southern Division at Detroit**

In Re: **Ernest E. Pettigrew**

and: **Wanetta Pettigrew**

Debtor(s).

Case No. 13-57498-TJT

Chapter 13

Honorable **Thomas J. Tucker**

## ORDER MODIFYING DEBTORS' CONFIRMED CHAPTER 13 PLAN

Debtor(s) having filed a Second Proposed Plan Modification, and no objections or response having been filed, or a hearing having been held, and it appearing to the Court that good cause exists for the relief requested by Debtor(s), and the Court being otherwise advised, **NOW THEREFORE**,

**IT IS HEREBY ORDERED** that Debtors' Chapter 13 Plan as previously confirmed herein on or about March 19, 2014, is hereby modified only as follows:

(a.) Debtors are **Excused** from paying to the Chapter 13 Trustee their 2014 tax refunds in the total amount of $7,792.00.

(b.) Debtors are **Excused** from paying to the Chapter 13 Trustee their 2015 tax refunds in the total amount of $6,916.00.

(c.) Debtors are **Excused** from paying to the Chapter 13 Trustee their 2016 tax refunds in the total amount of $6,625.00.

(d.) Debtors are **Excused** from paying to the Chapter 13 Trustee their 2017 tax refunds in the total amount of $6,933.00.

(e.) Debtors are **Excused** from paying to the Chapter 13 Trustee their 2018 tax refunds in the total amount of $211.00.

**IT IS FURTHER ORDERED** that in all other respects Debtor(s)' confirmed Chapter 13 Plan, as most recently modified if at all, shall remain unchanged.



**13Network**  Enter Case Number, Name, Social Security Number, or @1st Address Line: [ ] Go

FIREBAUGH & ANDREWS 734-722-2999 HELEN  **Case Query**   **Calendar**                              LogOut Now

**PROFILE** | **PARTIES** | **PAY SCHEDS** | **PAYEES** | **FINANCIALS** | **PLAN CALC 1** | **MATTERS** |

| | | | Recently Accessed Cases | 13-57498-TJT Ernest E. Pettigre |
|---|---|---|---|---|
| **13-57498-TJT** | Ernest E. Pettigrew | (xxx-xx-1073) 44361 Fair Oaks • • Canton • MI • 48187 | Bar Date(s): | 1/27/2014 (has passed) 3/18/2014 (has pa |
| | Wanetta Pettigrew | (xxx-xx-4509) 44361 Fair Oaks • • Canton • MI • 48187 | Confirmed: | 3/19/2014 |
| | Trustee: Tammy L. Terry | Attorney: FIREBAUGH & ANDREWS PLLC | Case Status: | Active, Open Case |

The data on these pages has not been audited and is provided for general information only.

**64 Month(s) since Confirmation UP = $0.00   TPI = $102,247.08   TPILR = $101,319.03   BOH = $2,354.52   BOH+FEES = $2,559.26**

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE, CLs 2** | | | | | | | |
| 1 | FIREBAUGH & ANDREWS PLLC | $11,465.22 | | | | | | |
| | **ARREARS,** | | | | | | | |
| 2 | ADDED CREDITOR | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **LEASE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **ADM EXP CLAIM** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **CONT Lease, Sec or Vehicle,** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **LEASE or SECURED GAP** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **MORTGAGE** | | | | | | | |
| 9 | SELECT PORTFOLIO SERVICING | $62,604.74 | | | | $953.29 | | |
| 10 | ADDED CREDITOR | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| | **PRIORITY** | | | | | | | |
| 12 | INTERNAL REVENUE SERVICE | $8,076.21 | | | | | | |

Change Line# [0]  [OK]   Plan Terms [999]  [Calc]   Unsecured % [8.22]  [Calc]    Due to Creditors: $0.00
                                                                                    In from Debtor: $0.00
[Restart]

Trustee's % [8]

Lump Sum $ [1,272.00]

Delete Line [0]  [OK]

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| L & W ENGINEERI | $0.00 | MONTHLY | $ | ? |
| Ernest E. Petti | $0.00 | WEEKLY | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Sch |
|---|---|---|
| CARROLS LLC | $0.00 | WEEKLY |
| Wanetta Pettigr | $0.00 | WEEKLY |

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | 150,300.00 | 229,000.00 | 0.00 | 0.00 | 0.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **HHG/PERSONAL EFFECTS** | 3,770.00 | 0.00 | 3,770.00 | 3,770.00 | 0.00 |
| **JEWELRY** | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 |
| **CASH/BANK ACCOUNTS** | 500.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| **VEHICLES** | 6,500.00 | 13,211.54 | 2,500.00 | 2,500.00 | 0.00 |
| **OTHER (itemize)** | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 14,000.00

Amount Available in Chapter 7 $ 0.00

United States Bankruptcy Court
Eastern District of Michigan

In re:

    Ernest E. Pettigrew                              Case No. 13-57498-TJT
    Wanetta Pettigrew                             Chapter 13
                                                           Hon. Thomas J. Tucker

                Debtor.
_____/

### **Notice of Deadline to Object to Proposed Chapter 13 Plan Modification**

    The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

    If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

    If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

    Objections to the attached proposed chapter 13 plan modification shall be served on the following:

        Firebaugh & Andrews, P.L.L.C.
        38545 Ford Road, Suite 104
        Westland, Michigan 48185

        Tammy L. Terry, Esq.
        Chapter 13 Trustee
        535 Griswold, Suite 2100
        Detroit, Michigan 48226

Date: August 1, 2019

                                          ***/s/ Roberta W. Andrews***
                                          _____
                                          Roberta W. Andrews (P-54001)
                                          Firebaugh & Andrews, PLLC
                                          Attorney for Debtor(s)
                                          38545 Ford Road, Suite 104
                                          Westland, Michigan 48185
                                          (734) 722-2999
                                          firebaughandrews@comcast.net

In Re: **Ernest E. Pettigrew**

and: **Wanetta Pettigrew**

                      Debtor(s).

Case No. 13-57498-TJT

Chapter 13

Honorable **Thomas J. Tucker**

## PROOF OF SERVICE

I, the undersigned, certify that on **August 1, 2019** copies of the following document(s) filed in the above captioned case:

1. **DEBTOR(S)' SECOND PROPOSED PLAN MODIFICATION** (dated: July 23, 2019), together with all exhibits and attachments, if any;

2. **NOTICE OF DEADLINE TO OBJECT TO PROPOSED CHAPTER 13 PLAN MODIFICATION** (dated: August 1, 2019)

were served upon all those parties specified on the matrix list attached hereto, at the addresses specified for said parties on such matrix list, all by first class mail with fully prepaid postage affixed, except the Chapter 13 Standing Trustee in this case who was served only through the Court's ECF system.

dated: August 1, 2019

/ s / *Roberta W. Andrews*

------------------------------------------------

**Samuel G. Firebaugh (P-34276)**
**Roberta W. Andrews (P-54001)**
**Firebaugh & Andrews, P.L.L.C.**
**Attorneys for Debtor(s)**
**38545 Ford Road, Suite 104**
**Westland, MI 48185**
**(734) 722-2999**
**FirebaughAndrews@comcast.net**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 13-57498-tjt<br>Eastern District of Michigan<br>Detroit<br>Thu Aug  1 11:10:05 EDT 2019 | 3rd Circuit Court<br>Attention Civil Division<br>2 Woodward Avenue<br>Detroit, MI 48226-3494 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| AT & T Uverse<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | AT & T Wireless<br>Receivables Management Department<br>P.O. Box 2667<br>Houston, TX 77252-2667 | AT&T / SBC<br>225 W. Randolph St., Floor 27A<br>Chicago, IL 60606-1839 |
| Account Receivables<br>2223 Broadway<br>Scottsbluff, NE 69361-1906 | Athena J. Aitas<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | AllianceOne Receivables Management, Inc.<br>4850 Street Road, Ste 300<br>Feasterville Trevose, PA 19053-6643 |
| American Medical Collection Agency<br>2269 South Saw Mill River Road<br>Elmsford, NY 10523-3832 | Roberta W. Andrews<br>38545 Ford Rd.<br>Suite 104<br>Westland, MI 48185-7901 | (p)ANN ARBOR CREDIT BUREAU INC<br>PO BOX 7820<br>ANN ARBOR MI 48107-7820 |
| Applied Card Bank<br>Bancard Center<br>P.O. Box 11170<br>Wilmington, DE 19850-1170 | Arrow Financial Services<br>5996 West Touhy Avenue<br>Niles, IL 60714-4610 | Asset Acceptance LLC<br>P.O. Box 2036<br>Warren MI 48090-2036 |
| AvanteUSA<br>2950 S. Gessner Road<br>Suite 265<br>Houston, TX 77063-3751 | Bank of America<br>100 North Broadway<br>Saint Louis, MO 63102-2728 | Beneficial<br>P.O. Box 8633<br>Elmhurst, IL 60126-8633 |
| Heather R. Burnard<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | CMI<br>P.O. Box 3097<br>Carrollton, TX 75007-1912 | (p)COMCAST<br>41112 CONCEPT DR<br>PLYMOUTH MI 48170-4253 |
| Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | Canton Township Treasurer<br>PO box 87010<br>Canton, MI 48187-0010 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Charter Township of Canton- Water Dept.<br>1150 South Canton Center Road<br>Canton, MI 48188-1608 | Chase<br>P.O. Box 711210<br>Columbus, OH 43218 | Christiana Trust, a division of Wilming<br>Serviced by Select Portfolio Servicing,<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 |
| Community EMS<br>c/o BHCC System Business Office<br>32780 Grand River Avenue<br>Suite 202A<br>Farmington, MI 48336-3186 | (p)CONGRESS COLLECTION<br>28552 ORCHARD LAKE RD<br>STE 200<br>FARMINGTON HILLS MI 48334-2954 | Credit Management, Inc.,LP<br>4200 International Parkway<br>Carrollton, TX 75007-1912 |

| | | |
|---|---|---|
| (p)CREDIT PROTECTION ASSOCIATION LP<br>PARKWAY CENTER V<br>2500 DALLAS PARKWAY SUTIE 500<br>PLANO TX 75093-4867 | DTE Energy<br>2000 Second Avenue<br>Detroit, MI 48226-1279 | DTE Energy<br>One Energy Plaza<br>2120 WCB<br>Detroit, MI 48226 |
| Diversified Receivables Management, Inc.<br>f/b/o Medical Center Emergency Service<br>P. O. Box 2560<br>Ann Arbor, MI 48106-2560 | Drs. Harris, Birkhill, Wang,<br>Songe and Associates, P.C.<br>attn: Patient Accounts<br>P.O. Box 2082<br>Dearborn, MI 48123-2082 | Shawn C. Drummond<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 |
| Emergency Physician of Michigan<br>P. O. Box 96115<br>Oklahoma City, OK 73143-6115 | Fingerhut Direct Marketing<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Samuel Firebaugh<br>38545 Ford Road<br>Suite 104<br>Westland, MI 48185-7901 |
| First Federal Credit Control, Inc.<br>24700 Chagrin Blvd   Suite 205<br>Beachwood, OH 44122-5662 | Marcy J. Ford<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | Moe Freedman<br>3030 W. Grand Blvd.<br>Ste. 10-200<br>Detroit, MI 48202-6030 |
| Gardner White (Retail Services)<br>Retail Services<br>Dept. 15521<br>Wilmington, DE 19850-5521 | Great Expressions Dental Center<br>300 E. Long Lake Road<br>Suite 311<br>Bloomfield Hills, MI 48304-2377 | HSBC Mortgage Corporation (USA)<br>P.O. Box 4552<br>Buffalo, NY 14240-4552 |
| HSBC Mortgage Services Inc<br>636 Grand Regency Blvd.<br>Brandon, Florida 33510-3942 | HSBC Mortgage Services, Inc.<br>P.O. Box 21188<br>Eagan, Minnesota 55121-0188 | HURON MEDICAL CENTER C/O MMCC xxx3896<br>6324 TAYLOR DR<br>FLINT, MI 48507-4680 |
| HURON VALLEY AMBULANCE C/O MMCC ACCT #3<br>6324 TAYLOR DRIVE<br>FLINT, MI 48507-4680 | Harper Hutzel Hospital<br>attn: Patient Accounts<br>3663 Woodward Ave.<br>Suite 200<br>Detroit, MI 48201-2400 | Homecomings Financial<br>attn: Bankruptcy Department<br>P.O. Box 939072<br>San Diego, CA 92193-9072 |
| Huntington National Bank<br>attn: Legal Dept (Bankruptcy Notice)<br>41 South High Street<br>Columbus, OH 43215-6170 | Huron Valley Ambulance<br>P. O. Box 673972<br>Detroit, MI 48267-3972 | Huron Valley Outpatient<br>8391 Commerce Road<br>Commerce Township, MI 48382-4489 |
| I. C. Systems, Inc.<br>444 Highway 96 East<br>P.O. Box 64378<br>Saint Paul, MN 55164-0378 | Independent Emergency Phys. C40<br>P.O. Box 67000   Dept. 236301<br>Detroit, MI 48267-2363 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kilpatrick & Associates, P.C.<br>c/o Wayne County Treasurer<br>903 North Opdyke Road, Suite C<br>Auburn Hills, MI 48326-2693 | Landmark Asset Receivables Mgt. LLC<br>7340 S. Kyrene RD<br>Tempe, AZ 85283-4573 |

| | | |
|---|---|---|
| Linda P. Silas<br>5834 Cherrywood Apartment 2406<br>West Bloomfield, MI 48322-4532 | Mainwaring Pathology Group PC<br>P.O. Box 32615<br>Detroit, MI 48232-0615 | Margaret W. Murphy<br>14038 Ohio<br>Detroit, MI 48238-4300 |
| Merchants & Medical Credit Corp.<br>6324 Taylor Drive<br>Flint, MI 48507-4685 | Michigan Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909<br>5 48909-7668 |
| Michigan Healthcare Collections Inc.<br>P.O. Box 2107<br>Southfield, MI 48037-2107 | Michigan Heart<br>5325 Elliot Drive<br>Suite 203<br>Ypsilanti, MI 48197-8633 | Mid Michigan Collection<br>P.O. Box 130<br>Saint Johns, MI 48879-0130 |
| Money Recovery Nationwide<br>801 South Waverly Road, Suite 100<br>Lansing, MI 48917-4200 | Ms. C.Jane Varner, Interim Friend of<br>the Court; 3rd Circuit Court - FOC<br>Penobscot Building, Room 324<br>645 Griswold<br>Detroit, MI 48226-4105 | NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2308 |
| Oakwood Healthcare System<br>attn: Patient Accounts<br>P.O. Box 2805<br>Dearborn, MI 48123-2803 | Oakwood Hospital<br>P.O. Box 48458 Oak Park<br>Oak Park, MI 48237-6058 | PALISADES COLLECTION, LLC<br>VATIV RECOVERY SOLUTIONS LLC, DBA SMC<br>AS AGENT FOR PALISADES COLLECTION, LLC<br>PO BOX 40728<br>HOUSTON TX 77240-0728 |
| Palisades Collection<br>210 Sylvan Avenue<br>Englewood Cliffs, NJ 07632-2510 | Ernest E. Pettigrew<br>44361 Fair Oaks<br>Canton, MI 48187-3247 | Wanetta Pettigrew<br>44361 Fair Oaks<br>Canton, MI 48187-3247 |
| Professional Emergency Care<br>c/o PARC<br>P.O. Box 1022<br>Wixom, MI 48393-1022 | Professional Recovery Services, Inc.<br>f/b/o Household Recovery Services-VA<br>P. O. Box 1880<br>Voorhees, NJ 08043-7880 | Quantum3 Group LLC as agent for<br>CP Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Galaxy Asset Purchasing LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quest Diagnostics<br>PO Box 740020<br>Cincinnati, OH 45274-0020 | Craig B. Rule<br>1650 West Big Beaver Road<br>Troy, MI 48084-3534 |
| (p)RUSSELL COLLECTION AGENCY<br>PO BOX 7009<br>FLINT MI 48507-0009 | ST MARY MERCY HOSP - PROF C/O MMCC xxx9841<br>6324 TAYLOR DR<br>FLINT, MI 48507-4680 | ST MARY MERCY HOSP C/O MMCC xxx6616<br>6324 TAYLOR DR<br>FLINT, MI 48507-4680 |
| Schueller MD<br>c/o First Federal Credit Control, Inc.<br>24700 Chargrin Blvd, Suite 205<br>Beachwood, OH 44122-5630 | Sprint/ Nextel<br>Customer Service<br>P.O. Box 8077<br>London, KY 40742-8077 | St. Joseph Mercy Hospital<br>5301 East Huron River Dr.<br>Ypsilanti, MI 48197-1051 |

| | | |
|---|---|---|
| St. Mary Mercy Hospital<br>attn: Patient Accounts<br>36475 Five Mile Road<br>Livonia, MI 48154-1988 | State of Michigan<br>Department of Labor & Economic Growth<br>Unemployment Insurance Agency<br>3024 West Grand Boulevard<br>Detroit, MI 48202-6024 | State of Michigan<br>Department of Treasury<br>Collection Division<br>P.O. Box 77929<br>Detroit, MI 48277-0437 |
| State of Michigan<br>Department of Treasury<br>P.O. Box 30477<br>Lansing, MI 48909-7977 | State of Michigan<br>Michigan State Disbursement Unit<br>P.O. Box 30354<br>Lansing, MI 48909-7854 | State of Michigan, Department of Treasury<br>3030 W Grand Boulevard<br>Suite 10-450<br>Detroit, MI 48202-6030 |
| Surendra M. Kumar, M.D.<br>33116 Palmer Road<br>Westland, MI 48186-5524 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | U.S. Attorney<br>attn: Civil Division (IRS)<br>211 West Fort Street, Suite 2300<br>Detroit, MI 48226-3269 |
| United Collection Bureau, Inc.<br>5620 Southwyck Boulevard, Suite 206<br>Toledo, OH 43614-1501 | WAYNE COUNTY TREASURER<br>400 MONROE, STE 520<br>DETROIT, MICHIGAN 48226-2942 | Washington Mutual/Providian<br>P. O. Box 9180<br>Pleasanton, CA 94566 |
| Wayne County FOC<br>c/o Michigan State Disbursement Unit<br>P.O. Box 30351<br>Lansing, MI 48909-7851 | Wayne County Treasurer<br>400 Monroe Street - 5th Floor<br>Detroit, MI 48226-2964 | Wells Fargo Bank- Auto Finance<br>P.O. Box 29704<br>Phoenix, AZ 85038-9704 |
| Wells Fargo Financial Michigan<br>2501 Seaport Drive, Suite BH300<br>Chester, PA 19013-2241 | Wells Fargo Insurance Service Center<br>P. O. Box 2075<br>Coraopolis, PA 15108-6998 | West Asset Management, Inc.<br>PO Box 2348<br>Sherman, TX 75091-2348 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ann Arbor Credit Bureau<br>311 North Main Street<br>Ann Arbor, MI 48104 | COMCAST<br>41112 Concept Dr.<br>Plymouth, MI<br>48170 | (d)Comcast Cablevision<br>attn: Collections/Bankruptcy Dept.<br>12775 Lyndon<br>Detroit, MI 48227 |
| Congress Collection Corp.<br>24901 Northwestern Highway<br>Suite 300<br>Southfield, MI 48075-2207 | Credit Protection Association, L.P.<br>13355 Noel Road<br>Dallas, TX 75240 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 |
| Russell Collection Agency, Inc.<br>P. O. Box 7009<br>Flint, MI 48507 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Caliber Home Loans, Inc.	(u)Christiana Trust	(u)Legacy Mortgage Asset Trust 2017-GS2.

(u)Legacy Mortgage Asset Trust 2019-GS3	(u)Medical Center Emergency Service	(u)Select Portfolio Servicing, Inc

(u)Wayne County Treasurer

End of Label Matrix
Mailable recipients   107
Bypassed recipients     7
Total                 114

**United States Bankruptcy Court**
**Eastern District of Michigan**

In Re: **Ernest E. Pettigrew**

and: **Wanetta Pettigrew**

          Debtor(s).

Case No. 13-57498-TJT

Chapter 13

Honorable **Thomas J. Tucker**

**AFFIDAVIT OF JOINT DEBTOR**

The Joint Debtor in the above captioned case hereby states and avers as follows:

1. I am the Joint Debtor in the above captioned case, and the following statements are made from my own personal knowledge.

2. During the term of our Chapter 13 Plan, we had to replace 4 appliances: a dishwasher for $429.30, a stove $901.16 for which I have receipts and a washer for $684.00 in 2015 and a dryer in 2016 but I cannot locate the receipts.

3. We also had to have some major repairs done on our house.

4. We had a leak in the upstairs bathroom tub plumbing and the leak caused damage to the downstairs family room ceiling which cost approximately $1,800.00 to repair the pipes and replace the drywall and ceiling tiles.

5. We also had to replace the garbage disposal and kitchen faucet for $350.00.

6. During a harsh winter where we could not keep up on shoveling the deep snow, we purchased a snowblower for $1,200.00 as it was the lowest priced and only one we could find in stock.

7. My spouse was in an auto accident in Spring, 2016 which caused our insurance rates to increase from $3,314.00 per year to $4,781.00 per year commencing June, 2016.

8. We struggled with unreliable transportation during the term of our plan. When we filed our case, we had a 2004 Mitsubishi Endeavor and a 1994 Ford F-150 with both of us having full-time jobs.

9. In 2015, the Endeavor's engine failed and we purchased a 2004 Cadillac Deville for $2,300.00.

10. Later in 2015, the Ford F-150 became mechanically unreliable and we purchased a 2003 Envoy for $3,400.00.

11. By 2018, the Cadillac required more repairs than would be worth it and it had rear-wheel drive and I would get stuck in the snow, so we purchased a 2006 GMC Envoy for $4,395.00.

12. We did not budget for our homeowner's association dues because we only receive the bill twice a year and did not think about it when we filed, but we have struggled to pay the approximate $1,200.00 per year required for a total additional expense of $6,000.00.

I hereby declare under penalty of perjury that the above statements are true and accurate to the best of my personal knowledge, information and belief.

Dated: July 22, 2019

*/s/ Wanetta Pettigrew*
**Wanetta Pettigrew**, Joint Debtor